ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
STEVEN HIRSCH INC.,

          Plaintiff,

                              25 Civ. 5082 (LLS)

  - against -

                              ORDER

uINTERVIEW, INC.,

          Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within forty-five days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       August 20, 2025

                                                  _Louis L. Stanton_
                                                  LOUIS L. STANTON
                                                     U.S.D.J.